IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUY DEAN ANHOLT, ) | |
| ) | |
| Petitioner ) | |
| v. ) | Case No. CIV-06-1114-C |
| ) | |
| JUSTIN JONES, Director, et al., ) | |
| ) | |
| Respondents ) | |

## O R D E R

Although the Report and Recommendation of Judge Roberts entered October 16, 2006, is correct in all particulars, because Petitioner has now paid the filing fee, the Report and Recommendation is moot. The Court finds that Petitioner has paid the filing fee; dismissal is inappropriate; and again refers the matter to Judge Roberts under the initial Order of Referral.

IT IS SO ORDERED this 7th day of December, 2006.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge